IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BEATRICE HUDSON, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CITY OF OMAHA, et al., )<br>)<br>Defendants. ) | 8:05cv462<br><br>MEMORANDUM AND ORDER |

This matter is before the court on filing no. 5, the Motion for Extension of Time to pay the filing fee filed by the plaintiff, Beatrice Hudson. In filing no. 4, the court gave the plaintiff a deadline of October 17, 2005, to pay the court's $250 filing fee for this case. In filing no. 5, the plaintiff requested an extension of 43 days to pay the fee.

Filing no. 5 is granted, and the plaintiff shall have the requested extension. Therefore, by the close of business on November 29, 2005, the plaintiff shall pay the entire $250 filing fee, in the absence of which this case will be subject to dismissal without prejudice.[1]

SO ORDERED.

DATED this 21st day of November, 2005.

BY THE COURT:

s/ F. A. GOSSETT
United States Magistrate Judge

---

[1] The plaintiff is advised that payment of the filing fee does not preclude dismissal of the case on other grounds.