IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BEATRICE HUDSON,           ) | |
|                             ) | 8:05cv462 |
|         Plaintiff,      ) | |
|                             ) | MEMORANDUM AND ORDER |
| vs.                                  ) | |
|                             ) | |
| CITY OF OMAHA, et al.,    ) | |
|                             ) | |
|         Defendants. ) | |

This matter is before the court on (1) filing no. 8, the Amended Motion for Extension of Time to pay the filing fee filed by the plaintiff, Beatrice Hudson; (2) filing no. 9, the plaintiff's second Motion for Leave to Proceed In Forma Pauperis ("IFP"); and (3) filing no. 7, the plaintiff's Amended Complaint. In filing no. 4, the court gave the plaintiff a deadline of October 17, 2005, to pay the court's $250 filing fee for this case. In filing no. 6, the court granted the plaintiff's request for an extension of 43 days to pay the fee, and set a deadline of November 29, 2005. In filing no. 8, the plaintiff now requests a further extension until January 15, 2006 to pay the court's filing fee. Filing no. 8 is granted in part and denied in part. The plaintiff shall have until no later than the close of business on December 26, 2005, to pay the entire $250 filing fee, in the absence of which this case will be subject to dismissal without prejudice.[1] In addition, filing no. 9, the plaintiff's second Motion for Leave to Proceed IFP, is denied.

SO ORDERED.

DATED this 29th day of November, 2005.

BY THE COURT:

s/ F. A. GOSSETT
United States Magistrate Judge

---

[1] The plaintiff is advised that payment of the filing fee does not preclude dismissal of the case on other grounds.