IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BEATRICE HUDSON, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV462 |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF OMAHA, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court after plaintiff was granted a series of extensions of time (Filing Nos. 4, 6 and 10) to pay the court's $250 filing fee.  The plaintiff was warned that, in the absence of compliance with the requirement that she pay the filing fee, this case would be subject, without further notice, to dismissal without prejudice.

There has been no response by the plaintiff, and all deadlines have expired without payment of the filing fee. Therefore, pursuant to NECivR 41.1,[1]

---

[1] NECivR 41.1 states in pertinent part:  "At any time when it appears that any action is not being prosecuted with reasonable diligence the court may dismiss it for lack of prosecution."

IT IS ORDERED that plaintiff's complaint and the above-entitled action are dismissed without prejudice.

DATED this 29th day of December, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court